IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

TAMMY THEISS,

      Appellant,

v.

REEMPLOYMENT
ASSISTANCE APPEALS
COMMISSION and FANATICS
RETAIL GROUP
FULFILLMENT INC.,

      Appellees.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-4639

Opinion filed July 5, 2017.

An appeal from an order of the Reemployment Assistance Appeals Commission.

Tammy Theiss, pro se, Appellant.

Cristina A. Velez, Appellate Counsel, Tallahassee, for Appellee Reemployment Assistance Appeals Commission.

PER CURIAM.

      AFFIRMED.

LEWIS, WETHERELL, and WINSOR, JJ., CONCUR.